UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS

BENJAMIN MONDRAGON,

    Plaintiff,

v.

CREDIT ONE BANK, N.A.,

    Defendant.

Case No. 5:18-cv-408

**JOINT STIPULATION TO ARBITRATE
CLAIMS AND STAY LAWSUIT**

Plaintiff Benjamin Mondragon ("Plaintiff") and Defendant Credit One Bank, N.A. ("Credit One") (collectively, "the Parties"), by and through their undersigned counsel, hereby submit this Joint Stipulation to Arbitrate Claims and Stay Lawsuit, as follows:

1. The Parties have agreed to submit all of the claims between each other in this lawsuit to arbitration pursuant to the Parties' arbitration agreement. The arbitration shall be conducted through and in accordance with the arbitration agreement.

2. The Parties therefore respectfully request that (a) this Court order that all of the claims in this lawsuit between the Parties be submitted to binding, non-judicial arbitration pursuant to the Parties' arbitration agreement, and (b) that the case be stayed pending the conclusion of the arbitration.

Dated: July 13, 2018

        Respectfully submitted,

        By: *Michael H. Bernick*
        Michael H. Bernick
        State Bar No. 24078227
        REED SMITH LLP
        811 Main, Suite 1700
        Houston, Texas  77002
        Telephone: (713) 469-3834
        Fax: (713) 469-3899
        MBernick@ReedSmith.com

        *Attorney for Defendant*
        *Credit One Bank, N.A.*

        By: *Daniel Zemel*
        Daniel Zemel
        ZEMEL LAW, LLC
        1373 Broad St. Suite 203C
        Clifton, New Jersey 07013
        T: (862) 227-3106
        F: (973) 282-8603
        DZ@zemellawllc.com

        *Attorney for Plaintiff*
        *Benjamin Mondragon*

## Certificate of Service

    I certify that this instrument was electronically served on counsel of records for all parties on July 13, 2018 via the Court's ECF system.

        */s/ Michael H. Bernick*
        Michael H. Bernick