IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BENJAMIN MONDRAGON, | ) |
| Plaintiff, | ) ) ) |
| V. | ) )  CIVIL ACTION NO. SA-18-CA-408-FB |
| CREDIT ONE BANK, N.A., | ) ) ) |
| Defendant. | ) |

### ORDER OF STAY AND ADMINISTRATIVE CLOSURE

Before the Court is the parties' Joint Stipulation to Arbitrate Claims and Stay Lawsuit. (Docket no. 4). After careful consideration, the Court is of the opinion the motion should be granted.

IT IS THEREFORE ORDERED that the parties' Joint Stipulation to Arbitrate Claims and Stay Lawsuit (docket no. 4) is GRANTED such that all claims in this lawsuit between the parties are SUBMITTED to binding, non-judicial arbitration pursuant to the parties' arbitration agreement.

IT IS FURTHER ORDERED that this case is **stayed and closed administratively** pending either side's application for further relief within **fourteen (14) days** of the conclusion of the arbitration proceedings.

It is so ORDERED.

SIGNED this 7th day of August, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE